**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:10CR2-RLV**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | <u>**SCHEDULING ORDER**</u> |
| | ) | |
| **JIMMY EARL HILTON (2)** | ) | |
| **JACQUELINE H. HILTON (3)** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____) | | |

    **THIS MATTER** is before the Court on the Judgment of the Fourth Circuit Court of Appeals, filed on December 13, 2012[1], remanding this case for re-sentencing.

    **IT IS, THEREFORE, ORDERED THAT:**

1)    This matter is hereby scheduled for re-sentencing on **Monday, March 4, 2013, at 2:00 PM,** in the United States Courthouse, 200 West Broad Street, 2nd floor Courtroom, Statesville, North Carolina; and

2)    A copy of this Order shall be sent to the Defendant, Defense Counsel, United States Attorney, United States Marshal Service, United States Probation Office.

Signed: January 9, 2013

*Richard L. Voorhees*

Richard L. Voorhees
United States District Judge

_____
1  Mandate issued on January 4, 2013.